IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY TOBIAS,**<br>124 Washington Place<br>New York, NY 10014<br><br>**Plaintiff,**<br><br>v.<br><br>**U.S. DEPARTMENT OF INTERIOR,**<br>1849 C Street NW,<br>Washington, D.C. 20240<br><br>**U.S. FISH AND WILDLIFE SERVICE,**<br>1849 C Street, NW, Room 3358<br>Washington, D.C. 20240<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff JIMMY TOBIAS brings this suit to force Defendants U.S. DEPARTMENT OF INTERIOR and U.S. FISH AND WILDLIFE SERVICE to produce all agency communications discussing or referencing "The Proper Scope of Environmental Analysis of Roadway Impacts," a white paper written by the law firm Hunton & Williams on behalf of its client East Collier Property Owners in February 2017. In violation of FOIA, Defendants refused to release non-exempt information under Exemption 5.

## PARTIES

2. Plaintiff JIMMY TOBIAS is an independent reporter with *The Guardian* and *The Nation*, among other media outlets, and is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF INTERIOR ("DOI") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. FISH AND WILDLIFE SERVICE ("FWS") is a component of DOI, a federal agency, and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## MAY 06, 2020 FOIA REQUEST

7. On May 20, 2020, TOBIAS submitted the following FOIA request (the "Request") to FWS:

> Any emails, email attachments, or other documents related to the Solicitor's review of the white paper referenced in the email chain attached below to this request. This request specifically seeks a copy of the Solicitor office's review of the white paper in question, which is entitled 'The Proper Scope of Environmental Analysis of Roadway Impacts' and was written in February 2017 by lawyers for the East Collier Property Owners. This request seeks a copy of any communications between the Solicitor's office and/or the U.S. Fish and Wildlife Service and the East Collier Property Owners and their lawyers at the firm Hunton & Williams/Hunton AK concerning this white paper or SOL's review of said white paper.

Ex. 1.

8. FWS assigned reference number FWS-2020-00661 to the matter.

9. On August 19, 2021, FWS issued a final determination and produced 140 pages of records in part. Ex. 2.

10. FWS claimed that it withheld portions of the materials and an additional 69 pages pursuant to Exemption 5 of FOIA. *Id.*

11. FWS further stated that it withheld 11 pages in part and 112 pages in full pursuant to Exemption 5 of FOIA. *Id.*

12. On September 8, 2021, TOBIAS appealed the withholdings and redactions made under Exemption 5. Ex. 3.

13.     Having received no further correspondence from DOI, TOBIAS asked for a status update of the appeal on January 11, 2022, but DOI never responded.  Ex. 4.

14.     Defendants have not demonstrated that the withheld and redacted records are exempt under Exemption 5.

15.     As of the date of this filing, Defendants have not complied with FOIA and have not produced all records responsive to the Request.

### COUNT I – MAY 6, 2020 FOIA REQUEST

16.     The above paragraphs are incorporated by reference.

17.     The Request seeks disclosure of agency records and was properly made.

18.     Defendant DOI and its component FWS are federal agencies subject to FOIA.

19.     Included within the scope of the Request are one or more records or portions of records that are not exempt under FOIA.

20.     Defendants have failed to produce all non-exempt records responsive to the Request.

**WHEREFORE,** TOBIAS asks the Court to:

   i.   declare that Defendants have violated FOIA;

   ii.  order Defendants to conduct a reasonable search for records responsive to the Request;

   iii. order Defendants to produce all non-exempt requested records or portions of records promptly;

   iv.  enjoin Defendants from withholding non-exempt public records under FOIA;

   v.   award TOBIAS attorneys' fees and costs; and

   vi.  award such other relief the Court considers appropriate.

Dated:  January 25, 2022

- 4 -

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
JIMMY TOBIAS

Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL 0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com